IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:20-cr-00258-SO-4 |
| | ) | |
| Plaintiff, | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | THOMAS M. PARKER |
| NATHAN PARKER, | ) | |
| | ) | |
| Defendant. | ) | **REPORT AND RECOMMENDATION** |
| | ) | |

    Judge Solomon Oliver, Jr. referred this matter to the undersigned, pursuant to General Order 99-49, for purposes for receiving, on consent of the parties, the defendant's offer of a plea of guilty, conducting the colloquy prescribed by Fed. R. Crim. P. 11, causing a verbatim record of the proceedings to be prepared, referring the matter, if appropriate, for presentence investigation, and submitting a Magistrate Judge's Report and Recommendation stating whether the plea should be accepted and a finding of guilty entered. The following, along with the transcript or other record of the proceedings submitted herewith, constitutes the Magistrate Judge's Report and Recommendation concerning the plea of guilty proffered by the defendant.

1. On December 6, 2021[1], the defendant, accompanied by counsel, proffered a plea of guilty to counts 1, 22 and 23 of the Indictment.

2. Prior to such proffer, the defendant was examined as to his competency, advised

---

[1] The change of plea hearing commenced on December 3, 2021 but was recessed due to technical issues with the video conference connection; the hearing was resumed and completed on December 6, 2021.

of the charge and consequences of conviction, informed that the Federal Sentencing Guidelines are advisory, and the Court must consider them, but the Court may impose any sentence authorized by law, notified of his rights, advised that he was waiving all his rights except the right to counsel, and, if such were the case, his right to appeal, and otherwise provided with the information prescribed in Fed. R. Crim. P. 11.

3. The parties and counsel informed the court that no plea agreement between the parties had been reached, although counsel had although prior attempts to negotiate a plea agreement had been made. They further advised that no commitments or promises have been made by any party, and no agreements, written or unwritten, have been made between the parties.

4. The parties provided the undersigned with sufficient information about the charged offense and the defendant's conduct to establish a factual basis for the plea, and the defendant acknowledged that he committed the acts alleged in the indictment.

5. The undersigned questioned the defendant under oath about the knowing, intelligent, and voluntary nature of the plea of guilty, and finds that the defendant's plea was offered knowingly, intelligently, and voluntarily.

In light of the foregoing and the record submitted herewith, the undersigned finds that the defendant's plea was knowing, intelligent, and voluntary, and that all requirements imposed by the United States Constitution and Fed. R. Crim. P. 11 have been satisfied. Therefore, the undersigned recommends that the plea of guilty be accepted and a finding of guilty be entered by the Court.

Dated: December 6, 2021

Thomas M. Parker
United States Magistrate Judge

_____

## OBJECTIONS

ANY OBJECTIONS to this Report and Recommendation must be filed with the Clerk of Court within fourteen (14) days of receipt of this notice. Fed. R. Crim. P. 59. Failure to file objections within the specified time constitutes a WAIVER of the right to appeal the Magistrate Judge's recommendation. Id.