UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:20 CR 258-004 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | ORDER ACCEPTING PLEA |
| | ) | AGREEMENT, JUDGMENT AND |
| NATHAN PARKER, | ) | REFERRAL TO U.S. PROBATION |
| | ) | OFFICE |
| Defendant | ) | |

This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge Thomas M. Parker, regarding the change of plea hearing of Nathan Parker, which was referred to the Magistrate Judge with the consent of the parties.

On May 20, 2020, the government filed a 39 count Indictment, charging Defendant Parker in counts 1, 22 and 23, with Conspiracy to Distribute and Possess with Intent to Distibute Controlled Substances, in violation of Title 21 U.S.C. 846, and Use of a Communications Facility to Facilitate a Felony Drug Offense, in violation of Title 21 U.S.C. 843(b). Defendant was arraigned on June 25, 2020, and entered a plea of not guilty to counts 1, 22 and 23 of the Indictment, before Magistrate Judge Parker. On December 6, 2021, Magistrate Judge Parker received Defendant Martin's plea of guilty to counts 1, 22 and 23 of the Indictment, and issued a Report and Recommendation ("R&R"), concerning whether the plea should be accepted and a finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the fourteen days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted. Defendant

Parker is found to be competent to enter a plea and to understand his constitutional rights. He is aware of the charges and of the consequences of entering a plea. There is an adequate factual basis for the plea. The court finds the plea was entered knowingly, intelligently, and voluntarily. The plea agreement is approved.

Therefore, Defendant Nathan Parker is adjudged guilty to counts 1, 22 and 23 of the Indictment, in violation of Titles 21 U.S.C. 846, and 843(b). This matter was referred to the U.S. Probation Department for the completion of a pre-sentence investigation and report. Sentencing will be held on April 1, 2022, at 10:30 a.m. in Courtroom 19A, Carl B. Stokes United States Court House, 801 West Superior Avenue, Cleveland, Ohio.

IT IS SO ORDERED.

/s/*SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

January 12, 2022